No. 337. WESTERN AIR LINES, INC. *v.* CIVIL AERO-NAUTICS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Hugh W. Darling* for petitioner. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp* and *Ralph S. Spritzer* for the Civil Aeronautics Board; and *Albert F. Grisard* for the Bonanza Air Lines, Inc., respondents. ▇▇▇▇▇▇▇▇▇▇

No. 338. A. M. COLLINS & CO. ET AL. *v.* PANAMA RAILROAD Co. C. A. 5th Cir. Certiorari denied. *John O. Collins* for petitioners. *Paul M. Runnestrand* for respondent. ▇▇▇▇▇▇▇▇▇▇

No. 339. MONTICELLO TOBACCO CO., INC. *v.* AMERICAN TOBACCO CO. ET AL. C. A. 2d Cir. Certiorari denied. *Philip Handelman* and *Walter H. Schulman* for petitioner. *Horace G. Hitchcock* for the American Tobacco Co. et al.; and *Bethuel M. Webster* and *Francis H. Horan* for Liggett & Myers Tobacco Co. et al., respondents. ▇▇

No. 345. DICKINSON *v.* BURNHAM ET AL. C. A. 2d Cir. Certiorari denied. *Samuel Hershenstein* for petitioner. *Myron Scott* for respondents. ▇▇▇▇▇▇▇

No. 346. CHARLES PECKAT MANUFACTURING CO. *v.* JARECKI, COLLECTOR OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *John E. Hughes* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack, A. F. Prescott* and *Joseph F. Goetten* for respondent. ▇▇▇▇▇▇▇▇▇

No. 349. DOWNEY *v.* BECK, ADMINISTRATOR. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Thomas S. Tobin* for respondent. ▇▇▇▇▇▇▇